UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RORY BROWN, ROSHANE POWELL, :
ROMARIO POWELL, ANDREW MORGAN, :
MICKEL KELLY, REYNARD MORRIS, : **ORDER**
GAREY MILLS, GARRICK ROBINSON, :
MARIO TEAPE, and CRAIG LYNCH, on : 22 CV 3359 (VB)
behalf of themselves, individually, and on behalf :
of all others similarly-situated, :
                Plaintiffs, :
:
v. :
:
CHIEF FIRE PREVENTION & :
MECHANICAL CORP., and FRANK :
MITAROTONDA, individually, :
                Defendants. :
--------------------------------------------------------------x

      On August 22, 2022, plaintiffs' counsel James A. Resila, Esq., of the law firm Schwab & Gasparani, PLLC, moved to withdraw as counsel of record in this putative class action. (Doc. #18). According to Mr. Resila, the reason for his requested withdrawal is a failure of his clients to communicate with counsel and to provide discovery materials to counsel.

      Mr. Resila attaches an affirmation of service stating that the motion to withdraw was served on plaintiffs individually via U.S. Mail on August 22, 2022. (Doc. #18-2).

      **Accordingly, by no later than September 13, 2022, plaintiffs shall advise the Court by letter whether they consent to withdrawal. In the event plaintiffs do not consent, plaintiffs shall also explain in their letter the basis for their unwillingness to consent.**

      By August 26, 2022, Mr. Resila shall serve a copy of this Order on plaintiffs and file proof of service of same on the ECF docket.

Dated: August 23, 2022
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge