

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RORY BROWN, ROSHANE POWELL, :
ROMARIO POWELL, ANDREW MORGAN, :
MICKEL KELLY, REYNARD MORRIS, : **ORDER**
GAREY MILLS, GARRICK ROBINSON, :
MARIO TEAPE, and CRAIG LYNCH, on : 22 CV 3359 (VB)
behalf of themselves, individually, and on behalf :
of all others similarly-situated, :
              Plaintiffs, :
:
v. :
:
CHIEF FIRE PREVENTION & :
MECHANICAL CORP., and FRANK :
MITAROTONDA, individually, :
              Defendants. :
--------------------------------------------------------------x

The Court has been advised that the parties have reached a settlement in principle in this FLSA case.

Accordingly, it is hereby ORDERED that by **February 24, 2023**, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: January 25, 2023
       White Plains, NY

                           SO ORDERED:

                           Vincent L. Briccetti
                           United States District Judge